# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162163(46)(47)

GAVRIL MICLEA,
          Plaintiff,
and

MICHIGAN HEAD & SPINE
INSTITUTE, P.C.,
          Intervening Plaintiff,

v

CHEROKEE INSURANCE COMPANY,
          Defendant-Appellant,
and

AUTO CLUB INSURANCE ASSOCIATION,
          Defendant-Appellee,
and

MICHIGAN ASSIGNED CLAIMS PLAN
and  MICHIGAN AUTOMOBILE
INSURANCE  PLACEMENT FACILITY,
          Defendants.
_____/

SC: 162163
COA: 344694
Wayne CC: 16-011913-NF

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on February 3, 2021, is accepted as timely filed. On further order of the Chief Justice, the motion of defendant-appellant to extend the deadline for filing its reply to March 17, 2021, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2021



Clerk